UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JACOBO CAMARENA, ET AL.**,<br><br>Defendants. | Case No.  ED CV 14-02341 WDK-E<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff Joe Hand Promotions, Inc. and against defendants Jacobo Camarena, individually and doing business as The Jet Lounge, Bertha Camarena, individually and doing business as The Jet Lounge, and Jose Santos Camarena, individually and doing business as The Jet Lounge, upon the Court's grant of summary judgment in favor of plaintiff.  [*See* Doc. No. 33.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Jacobo Camarena, individually and doing business as The Jet Lounge, Bertha Camarena, individually and doing business as The Jet Lounge, and Jose Santos Camarena, individually and doing business as The Jet Lounge, shall pay the plaintiff, Joe Hand Promotions, Inc., $1,250.00 in total damages.  Pursuant

to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: May 26, 2017

_____
William Keller
United States District Judge